UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KRISTA J. MUSSA and SAM K. MUSSA, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:12CV593 |
| UNITED STATES OF AMERICA, et al. | ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS UNITED STATES OF AMERICA, FRANCISCAN ALLIANCE, INC. d/b/a FRANCISCAN ST. ANTHONY HEALTH – MICHICAN CITY AND ALVERNO CLINICAL LABORATORIES, LLC**

Plaintiffs, Krista and Sam Mussa, by counsel, and the Defendants, United States of America, Franciscan Alliance, Inc. d/b/a Franciscan St. Anthony Health – Michigan City and Alverno Clinical Laboratories, LLC, by their respective counsel, hereby notify the Court that this matter has been resolved between said parties and stipulate to the dismissal of this action, with prejudice, costs paid, as to Defendants.

Respectfully submitted

/s/ D. Bruce Kehoe
D. Bruce Kehoe, 5410-49
2859 North Meridian Street
Indianapolis, IN 46208
E-Mail: kehoe@wkw.com
TEL: (317) 920-6400
FAX: (317) 920-6405

/s/ Julie A. Rosenwinkel
Julie A. Rosenwinkel
Krieg DeVault LLP
8001 Broadway
Suite 400
Merrillville, IN 46410
TEL: 219-227-6106
FAX: 219-227-6101
jrosenwinkel@kdlegal.com

/s/ Deborah M. Leonard
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
E. Ross Adair Fed. Bldg and US

/s/ Sharon Jefferson
Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500

1

Courthouse  
1300 South Harrison Street, Room 3128  
Fort Wayne, IN 46802-3489  
Tel: 260.422.2595  
Fax: 260.426.1616  
E-mail: deborah.leonard@usdoj.gov

Hammond, IN 46320  
Tel: 219.937.5500  
Fax: 219.852.2770  
E-mail: Sharon.Jefferson2@usdoj.gov